# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Patricia B. Bolick, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:16-cv-00224-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill, | ) | |
| | ) | |
| Defendants, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 29, 2018 Order.

August 29, 2018

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court